# EXHIBIT 1

 

Invoice Number: 2500202112-1
Date: Nov 5, 2024

OFFICIAL INVOICE
GoSupps.com
2666 State Street
Hamden, Connecticut 06517
United States Of America

Andrew Dorisio
202 Lindleigh Drive 202 Lindleigh Drive
Nicholasville,
Kentucky, 40356
United States
T: +18596085221

| Product | Price | Qty | Subtotal |
|---|---|---|---|
| Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli Seed Extract for Antioxidant, Detoxification, Cellular Health, 60 Softgels 60 Count (Pack of 1) | US$48.31 | 1 | US$48.31 |

Order Subtotal: US$48.31