# EXHIBIT 6

CLEARANCE ROOM: GET INSIDE! (https://www.gosupps.com/clearance.html)

# Search results for 'sulforaphane'



(https://www.gosupps.com/sulforaphane-supplement-450mg-liposomal-sulforaphane-for-maximum-absorption-glucoraphanin-with-myrosinase-broccoli-seed-extract-for-antioxidant-detoxification-cellular-health-60-softgels-60-count-pack-of-1.html)

Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli Seed Extract for Antioxidant, Detoxification, Cellular Health, 60 Softgels 60 Count (Pack of 1) (https://www.gosupps.com/sulforaphane-supplement-450mg-liposomal-sulforaphane-for-maximum-absorption-glucoraphanin-with-myrosinase-broccoli-seed-extract-for-antioxidant-detoxification-cellular-health-60-softgels-60-count-pack-of-1.html)

~~US$55.00~~ US$44.99



(https://www.gosupps.com/19mg-real-stabilized-sulforaphane-405mg-complex-broccoli-sprouts-seed-extract-125mg-of-glucoraphanin-myrosinase-antioxidant-detoxification-cellular-health-supplement-vegan-gluten-free.html)

SMNutrition Sulforaphane Activated Complex 60 Capsules (https://www.gosupps.com/19mg-real-stabilized-sulforaphane-405mg-complex-broccoli-sprouts-seed-extract-125mg-of-glucoraphanin-myrosinase-antioxidant-detoxification-cellular-health-supplement-vegan-gluten-free.html)

~~US$70.00~~ US$54.99



CLEARANCE ROOM!     GET INSIDE! (https://www.gosupps.com/clearance.html)     ✖





(https://www.gosupps.com/newco-natural-technology-broccofusion-sulforaphane-lotion-lavender-60ml-tube-hydrating-plant-based-facial-moisturizer-w-essential-oils-ideal-for-wrinkles-age-spots-and-aging-skin-lavender-60ml-tube.html)

(https://www.gosupps.com/nrf2-boost-60-veggie-capsules-oxidative-stress-formula-nrf-2-activator-with-sulforaphane-contains-truebroc-curcumin-green-tea-egcg-trans-pterostilbene-silbinol-myrosinase-bioperine-60-count-pack-of-1.html)

Newco Natural Technology BroccoFusion Sulforaphane Lotion (Lavender 60ml Tube) | Hydrating Plant-Based Facial Moisturizer w Essential Oils | Ideal For Wrinkles Age Spots and Aging Skin Lavender - 60ml Tube (https://www.gosupps.com/newco-natural-technology-broccofusion-sulforaphane-lotion-lavender-60ml-tube-hydrating-plant-based-facial-moisturizer-w-essential-oils-ideal-for-wrinkles-age-spots-and-aging-skin-lavender-60ml-tube.html)

Nrf2 Boost - 60 Veggie Capsules | Oxidative Stress Formula | NRF-2 Activator with Sulforaphane | Contains: truebroc, Curcumin, Green Tea (EGCG), Trans-Pterostilbene (Silbinol), Myrosinase & BioPerine 60 Count (Pack of 1) (https://www.gosupps.com/nrf2-boost-60-veggie-capsules-oxidative-stress-formula-nrf-2-activator-with-sulforaphane-contains-truebroc-curcumin-green-tea-egcg-trans-pterostilbene-silbinol-myrosinase-bioperine-60-count-pack-of-1.html)

US$65.99 US$54.99

US$120.00 US$99.99

CLEARANCE ROOM!      GET INSIDE! (https://www.gosupps.com/clearance.html)     ✖





(https://www.gosupps.com/broccoli-sprout-extract-by-lls-contains-activated-sulforaphane-60-capsules-18-000mg-of-whole-plant-equivalent-per-serving-sulforaphane-supplement-potent-antioxidant-content.html)

(https://www.gosupps.com/aki-natural-broccoli-sprout-powder-5-29oz-150g-rich-in-vitamins-antioxidant-sulforaphane-supplement-ideal-superfood-for-greens-veggie-smoothie-beverage-or-meal-non-gmo.html)

Broccoli Sprout Extract by LLS | Contains Activated Sulforaphane | 60 Capsules | 18 000mg of Whole Plant Equivalent per Serving | Sulforaphane Supplement | Potent Antioxidant Content (https://www.gosupps.com/broccoli-sprout-extract-by-lls-contains-activated-sulforaphane-60-capsules-18-000mg-of-whole-plant-equivalent-per-serving-sulforaphane-supplement-potent-antioxidant-content.html)

AKI Natural Broccoli Sprout Powder (5.29oz / 150g), Rich in Vitamins & Antioxidant Sulforaphane Supplement | Ideal Superfood for Greens Veggie Smoothie Beverage or Meal, NON-GMO (https://www.gosupps.com/aki-natural-broccoli-sprout-powder-5-29oz-150g-rich-in-vitamins-antioxidant-sulforaphane-supplement-ideal-superfood-for-greens-veggie-smoothie-beverage-or-meal-non-gmo.html)

US$47.99 US$39.99

US$50.00 US$39.99

CLEARANCE ROOM!     GET INSIDE! (https://www.gosupps.com/clearance.html)     ✖




(https://www.gosupps.com/liposomal-glutathione-2000-mg-with-l-serine-l-glycine-sulforaphane-active-l-glutathione-unique-formulation-to-enhance-absorption-master-antioxidant-detoxifying-immune-120-softgels-60-count-pack-of-2.html)

Liposomal Glutathione 2000 mg with L-Serine, L-Glycine & Sulforaphane Active L-Glutathione Unique Formulation to Enhance Absorption - Master Antioxidant, Detoxifying & Immune | 120 Softgels 60 Count (Pack of 2) (https://www.gosupps.com/liposomal-glutathione-2000-mg-with-l-serine-l-glycine-sulforaphane-active-l-glutathione-unique-formulation-to-enhance-absorption-master-antioxidant-detoxifying-immune-120-softgels-60-count-pack-of-2.html)

US$60.00 US$44.99

(https://www.gosupps.com/organic-spicy-mix-of-sprouting-seeds-12-ounces-non-gmo-broccoli-radish-alfalfa-raw-rich-germination-rate-non-irradiated-pure-kosher-vegan-superfood-bulk-rich-in-sulforaphane-12-ounce-pack-of-1.html)

Organic Spicy Mix of Sprouting Seeds, 12 Ounces Non-GMO Broccoli, Radish, Alfalfa, Raw, Rich Germination Rate, Non-Irradiated, Pure, Kosher, Vegan Superfood, Bulk, Rich in Sulforaphane 12 Ounce (Pack of 1) (https://www.gosupps.com/organic-spicy-mix-of-sprouting-seeds-12-ounces-non-gmo-broccoli-radish-alfalfa-raw-rich-germination-rate-non-irradiated-pure-kosher-vegan-superfood-bulk-rich-in-sulforaphane-12-ounce-pack-of-1.html)

US$50.00 US$34.99

CLEARANCE ROOM!     GET INSIDE! (https://www.gosupps.com/clearance.html)     ✖





(https://www.gosupps.com/organic-salad-mix-of-sprouting-seeds-1-pound-non-gmo-broccoli-radish-clover-alfalfa-rich-germination-rate-non-irradiated-kosher-vegan-superfood-bulk-rich-in-sulforaphane-1-pound-pack-of-1.html)

Organic Salad Mix of Sprouting Seeds, 1 Pound Non-GMO Broccoli, Radish, Clover, Alfalfa. Rich Germination Rate, Non-Irradiated, Kosher, Vegan Superfood, Bulk, Rich in Sulforaphane 1 Pound (Pack of 1) (https://www.gosupps.com/organic-salad-mix-of-sprouting-seeds-1-pound-non-gmo-broccoli-radish-clover-alfalfa-rich-germination-rate-non-irradiated-kosher-vegan-superfood-bulk-rich-in-sulforaphane-1-pound-pack-of-1.html)

US$50.00 US$39.99

(https://www.gosupps.com/dim-300mg-for-men-estrogen-blocker-aromatase-inhibitor-men-s-hormone-balance-fitness-booster-supplement-diindolylmethane-plus-cdg-sulforaphane-for-mens-health-gluten-free-60-capsules.html)

DIM 300mg For Men | Estrogen Blocker & Aromatase Inhibitor | Men's Hormone Balance & Fitness Booster Supplement | Diindolylmethane Plus CDG & Sulforaphane for Mens Health | Gluten-Free | 60 Capsules (https://www.gosupps.com/dim-300mg-for-men-estrogen-blocker-aromatase-inhibitor-men-s-hormone-balance-fitness-booster-supplement-diindolylmethane-plus-cdg-sulforaphane-for-mens-health-gluten-free-60-capsules.html)

US$70.00 US$54.99

CLEARANCE ROOM!   GET INSIDE! (https://www.gosupps.com/clearance.html)   ✖



(https://www.gosupps.com/avmacol-extra-strength-sulforaphane-production-system-for-immune-support-75-tablets.html)

Avmacol Extra Strength #1 Researched Sulforaphane-Producing Brand for Detoxification, Antioxidant Support, Immune Health, Adults & Children, Nutramax Laboratories Consumer Care, Moringa, 75 Tablets (https://www.gosupps.com/avmacol-extra-strength-sulforaphane-production-system-for-immune-support-75-tablets.html)

US$110.00 US$99.99



(https://www.gosupps.com/broccoli-seeds-for-sprouting-1-pound-non-gmo-verified-vegan-kosher-sirtfood-bulk-rich-in-sulforaphane-vitamin-c-vitamin-a-great-for-growing-sprouts-microgreens-high-germination-rate.html)

Broccoli Seeds for Sprouting, 1 Pound Non-GMO Verified, Vegan, Kosher, Sirtfood, Bulk. Rich in Sulforaphane, Vitamin C, Vitamin A. Great for Growing Sprouts, Microgreens. High Germination Rate. (https://www.gosupps.com/broccoli-seeds-for-sprouting-1-pound-non-gmo-verified-vegan-kosher-sirtfood-bulk-rich-in-sulforaphane-vitamin-c-vitamin-a-great-for-growing-sprouts-microgreens-high-germination-rate.html)

US$50.00 US$39.99