# EXHIBIT 8

Case 1:24-cv-00146-GNS    Document 1-8    Filed 12/12/24    Page 2 of 7 PageID #: 141

2/7/24, 2:41 PM                   Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli See…

CLEARANCE ROOM (https://www.gosupps.com/clearance.html)

Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli Seed Extract for Antioxidant, Detoxification, Cellular Health, 60 Softgels 60 Count (Pack of 1)




        

# Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli Seed Extract for Antioxidant, Detoxification, Cellular Health, 60 Softgels 60 Count (Pack of 1)

US$55.00 **US$44.99**

Availability: In stock

Supplier: Osasuna (https://www.gosupps.com/health-supps-brands/osasuna.html)

## INTERNATIONAL PRODUCT ONLY

We apologize for the inconvenience, as we are currently unable to ship this product within the USA. For a selection of products available for shipping within the USA, please explore our **Clearance Room Page. (https://www.gosupps.com/clearance.html)**



View All Clearance Room Products!

1   ADD TO CART                                                                                                              
                                                                                                                             (https:/



**BE SAFE
WE ONLY SHIP
FROM OFFICIAL SUPPLIERS**

From United States
To United States
In 5-10 Days
US$19.99 Shipping Fees for any Order

**GRAND SELECTION**
Think of it and most probably we have it among our grand selection of products!

**AMAZING PRICES**
Get ready for the amazing and best Supps prices ever!



Case 1:24-cv-00146-GNS    Document 1-8    Filed 12/12/24    Page 3 of 7 PageID #: 142

2/7/24, 2:41 PM                Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli See…

CLEARANCE ROOM! GET INSIDE! (https://www.gosupps.com/clearance.html)

**FIXED RATE DELIVERY**
Get your order anywhere on this planet within 5-10 days with a fixed rate of $19.99 (no matter the size of your order)

**WHATSAPP**
+1 (844)-467 8777 (https://api.whatsapp.com/send?phone=+18444678777&text=Hi)

**PHONE:**
+1 (844)-467 8777 (tel:+1 (844)-467 8777)

1.



Case 1:24-cv-00146-GNS    Document 1-8    Filed 12/12/24    Page 4 of 7 PageID #: 143

2/7/24, 2:41 PM                    Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli See…





What is Sulforaphane?

Sulforaphane is a natural plant compound derived from cruciferous vegetables, such as broccoli and Brussels sprouts. It is known for its antioxidant, antimicrobial, and anti-inflammatory properties.

- Sulforaphane activates the protein Nrf2 signaling pathway to reduce oxidative stress and inflammation and induce phase II detoxification.
- NRF2 activation affects the expression of over 200 genes including antioxidant, anti-inflammatory and detoxification genes.
- These genes also prompt the creation of proteins and enzymes that bind to toxins, and remove them from the body.

Advcanced Liposomal Technology for Maximum Absorption

The liposomal shield protects the transported sulforaphane from the body's own enzymes of the digestive tract and also from gastric acid to achieve Maximum Absorption

2/7/24, 2:41 PM                Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli See…

CLEARANCE ROOM!    GET INSIDE! (https://www.gosupps.com/clearance.html)    ✖







2/7/24, 2:41 PM    Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli See…

Case 1:24-cv-00146-GNS    Document 1-8    Filed 12/12/24    Page 6 of 7 PageID #: 145

CLEARANCE ROOM! GET INSIDE! (https://www.gosupps.com/clearance.html) ✖







  

Case 1:24-cv-00146-GNS    Document 1-8    Filed 12/12/24    Page 7 of 7 PageID #: 146
2/7/24, 2:41 PM                Sulforaphane Supplement 450MG, Liposomal Sulforaphane for Maximum Absorption, Glucoraphanin with Myrosinase, Broccoli See…

CLEARANCE ROOM!      GET INSIDE! (https://www.gosupps.com/clearance.html)                                                                  ✖





| | 450MG Sulforaphane | 24MG Astaxanthin | 600MG Artemisinin |
|---|---|---|---|
| Liposome | ✓ | ✓ | ✓ |
| Absorption | Myrosinase and Mustard Seed Added for Maximum Absorption | 12X than regular astaxanthin | 9X than regular Artemisinin |
| Key Ingredients | Sulforaphane, Glucoraphnin, Phosphatidylcholine, Organic Mustard Seed, Myrosinase Enzyme, Maitake Mushroom Extract | Astaxanthin(from Haematococcus Pluvialis Microalgae), Phosphatidycholine | Artemisinin(Sweet Wormwoood Extract), quercetin phytosome(Sophora Japonica Extract), anti-inflammatory blend(Turmeric Extract, Black Pepper Extract, Green Tea Extract) |
| Key Benefits | Anti-Inflammation, Anti-Oxidant, Detoxification, Cellular Health | Boost Immune System, Support Eye & Joint Health, Promotes Skin Moisture & Elasticity, Anti-Aging, Anti-Oxidant | Boost Immune System, Support Cell Repair, Enhance Healthy Aging, Anti-Oxidant, Anti-Inflammation |